KLINEDINST PC
801 K STREET, STE. 2800
SACRAMENTO, CALIFORNIA 95814

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>TARGET NATIONAL BANK, LEADING EDGE RECOVERY SOLUTIONS, LLC, ACCOUNTS RECEIVABLE MANAGEMENT, INC., DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. C10-04309 BZ<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR REMAND** |

WHEREAS, Defendant ACCOUNTS RECEIVABLE MANAGEMENT, INC. ("Defendant") removed an action of the Superior Court of California, County of Sonoma, entitled *Guadalupe Garcia vs. Target National Bank, Leading Edge Recovery Solutions, LLC, Accounts Receivable Management, Inc., Does 1 through 100, Inclusive*, and assigned Case No. SCV-248007 to this court on September 23, 2010;

WHEREAS, Defendant erroneously believed the action raised a federal question under the Fair Debt Collections Practices Act;

WHEREAS, Defendant was advised by Plaintiff's counsel that the removal was not appropriate;

1     WHEREAS, upon further review Defendant concedes that the fair debt collection
2 practices at issue in the complaint are raised under California's Rosenthal Act as opposed
3 to the federal statute;

4     The action is hereby remanded to the Superior Court of California Sonoma County.

5 IT IS SO ORDERED.

                                    JUDGE OF THE NORTHERN DISTRICT OF CALIFORNIA

DATED: _____, 2010     By: _____



**DENIED**. In as much as all defendants consented to remand, all should consent to remand.

DATED: 9/30/2010

Klinedinst PC
801 K Street, Ste. 2800
Sacramento, California 95814