KLINEDINST PC
801 K STREET, STE. 2800
SACRAMENTO, CALIFORNIA 95814

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| GUADALUPE GARCIA, | Case No. C10-04309 BZ |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING AMENDED REQUEST FOR REMAND |
| v. | |
| TARGET NATIONAL BANK, LEADING EDGE RECOVERY SOLUTIONS, LLC, ACCOUNTS RECEIVABLE MANAGEMENT, INC., DOES 1 THROUGH 100, INCLUSIVE, | |
| Defendants. | |

WHEREAS, Defendant ACCOUNTS RECEIVABLE MANAGEMENT, INC. ("Defendant") removed an action of the Superior Court of California, County of Sonoma, entitled *Guadalupe Garcia vs. Target National Bank, Leading Edge Recovery Solutions, LLC, Accounts Receivable Management, Inc., Does 1 through 100, Inclusive*, and assigned Case No. SCV-248007 to this court on September 23, 2010;

WHEREAS, Defendant erroneously believed the action raised a federal question under the Fair Debt Collections Practices Act;

WHEREAS, Defendant was advised by Plaintiff's counsel that the removal was not appropriate;

1  WHEREAS, upon further review Defendant concedes that the fair debt collection
2  practices at issue in the complaint are raised under California's Rosenthal Act as opposed
3  to the federal statute;
4  WHEREAS, all Co-Defendants consent to the remand;
5  The action is hereby remanded to the Superior Court of California Sonoma County.
6  IT IS SO ORDERED.

JUDGE OF THE NORTHERN DISTRICT OF CALIFORNIA

DATED: 18 Oct , 2010    By [signature]